UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GARRET KRASKA and LISA KRASKA,

    Plaintiffs,

v.  Case No: 2:23-cv-750-JES-KCD

STATE INSURANCE USA LLC,

    Defendant.

_____

# ORDER

This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. #8) filed on November 10, 2023. No answer or motion for summary judgment has been filed by defendant.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** with prejudice. The Clerk shall terminate all previously scheduled deadlines and pending motions and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this ___13th___ day of November 2023.

JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Parties of record